In re Boyd, Charles E.; — -Plaintiff(s); applying for supervisory and/or remedial writ; Parish of Jefferson, 24th Judicial District Court, Div. “F”, No. 95-6946; to the Court of Appeal, Fifth Circuit, No. 97-KH-0303.
Writ granted in part; otherwise denied. The district court is ordered to supply relator with a copy of his guilty plea colloquy transcript. State ex rel. Simmons v. State, 93-0275 (La. 12/16/94); 647 So.2d 1094. In all other respects, the application is denied. State ex rel. Bernard v. Cr.D.C., 94-2247, p. 1 (La. 4/28/95); 653 So.2d 1174, 1175.
CALOGERO, C.J., not on panel.